**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00339-CV

## IN RE RAMON C. HILL, SOVEREIGN ELECTRONICS, INC., AND SOVEREIGN SECURITY SYSTEMS, INC., Relators

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01308-2008**

## ORDER

On its own motion, the Court **ORDERS** the parties to advise the Court of the status of

this matter within **TEN DAYS** of the date of this order.

/s/     KERRY P. FITZGERALD
         JUSTICE